UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARELL KEENEN GRANT, <br><br> Plaintiff, <br><br> vs. <br><br> RENTGROW, INC., <br><br> Defendant. | 2:24-CV-10613-TGB <br><br><br> ORDER <br><br><br> HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 12th day of September, 2024.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on

<u>September 12, 2024</u>, by electronic and/or ordinary mail.

<u>/s/ Amanda Chubb</u>
Case Manager
(313) 234-2644